UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER LAURITON, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00298-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MATT DOEHRING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#7) filed on November 9, 2007, in which the Magistrate Judge recommends that the Plaintiff's case be dismissed without prejudice for failure to pay the required filing fee. The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2  Magistrate Judge (#7); therefore, Plaintiff's case shall be dismissed without prejudice.
3  IT IS SO ORDERED.
4  DATED this 27th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2